# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JESSICA JOHNSON**                                                           **PLAINTIFF**

v.                  **CASE NO. 2:23-CV-00148-BSM**

**WAL-MART STORES OF**
**ARKANSAS LLC**                                                       **DEFENDANT**

## ORDER

Jessica Johnson's unopposed motion for remand [Doc. No. 6] is granted and this case is immediately remanded to the Crittenden County Circuit Court. Johnson's request for attorneys fees is denied.

IT IS SO ORDERED this 4th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE